IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG, | CASE NO. 4:14-cv-80028 CW |
| Plaintiff(s), | **ORDER OF RECUSAL** |
| v. | |
| JOHN G. ROBERTS, JR., et. al., | |
| Defendant(s). | |

I, the undersigned Judge of the court, finding myself disqualified from presiding over the above-entitled action in any manner, hereby recuse myself from this case and request that it be reassigned to another district judge to conduct the pre-filing review.[1]

**IT IS SO ORDERED.**

Dated: February 5, 2014

EDWARD J. DAVILA
United States District Judge

---

[1] The undersigned filed a similar order of recusal in the case which resulted in a pre-filing order against Plaintiff. See Docket Item No. 12 in Case No. 3:13-04442 EMC.